42 U.S.C. 1983

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana (Evansville)_

(Full name of plaintiff(s))

DEMARCO JOHNSON

FILED

DEC 06 2019

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

vs

(Full name of defendant(s))

NOAH WATSON
        _deputy sheriff_

~~_____~~

Dave Wedding
        _sheriff_

Case Number:

3:19-cv-252-RLY-MPB

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a citizen of _INDIANA_, and is located at
                              (State)

_3500 N. HARLAN Avenue EVANSVILLE, IN  47711_
                    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _NOAH WATSON, Dave Rector Wedding_
                                    (Name)

Complaint - 1



is (if a person or private corporation) a citizen of <u>Evansville, IN</u>
(State, if known)

and (if a person) resides at <u>3500 N. Harlan Avenue</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Vanderburgh County Detention Center</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know; us const. use of Excessive Force

Violation of 8th Amend, ON June 12, 2019 I was being Held At the Vanderburgh County Detention Center. I was in A video court proceeding with Kelli Fink the Judge. I was informing the Judge Also the court of my injury's in Another case, when officer, Noah Watson came up And began to Grab me by unnecessary force off of the T.V. screen Montering proceeding the officer claimed i was being disruptive but i was only Excersing my constitional Rights of Freedom of speech, once officer Watson Grab me off the T.V. screen he took me by force to the Hallway outside of the Video Court Room. once

Complaint - 2

outside. the video courtroom door officer watson Grab me bY the Neck while i was HandCuff and begAN to choke me, Also threw me to the Ground other officers I Hit MY Head on the flear. before the Whole incident I was in baNdaGes on CAMArA showing Judge Kelli Fink MY iNJuries, NOw the iNJuries Are CausiNG me further Chronic Pain Also MY Head due to NOAH WATSon AttacK on me, I HAve filed PaperworK with I.A. At the Detention center, Also have filed All grievance Needed. All these ~~scribbled out~~ Located At VanderbasGh couNTy Detention center Incident Report was made And false Fied MY iNJury on MY left Rist And BACK. TheY WANT to charge me for There wroNG douG i seek Real Proffessional Help not Fake Tynol MY iNJurY could form into somthiNG Else, i HAve been sendiNG medical forms But theY keep tryiNGto Charge me...

C.   JURISDICTION

42 USC 3/1983

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR   28 USC 1391 (b)

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

~~If the court allows me to win this lawsuit~~
~~I want the court to grant me $30,000 attorney~~
~~fees and costs that the Attorney owe me.~~
~~Require me not have ▮▮▮▮▮ wedding~~

Request $10,000 in Compensatory Damages
30,000 in Punitive Damages
Cost of Litigation &
Reasonable Attorney Fee's
from Noah Watson and D. Wedding in
their individual and official capacity and
all other relief just and proper
in the premises.

Complaint - 4

E.   **JURY DEMAND**

☑   Jury Demand - I want a jury to hear my case
                    OR

☐   Court Trial – I want a judge to hear my case

Dated this __12__ day of __September__ 20_19_.

Respectfully Submitted,

_Vernoco John_
Signature of Plaintiff

Doc #
_988886 / 164125_
Plaintiff's Prisoner ID Number

_3500 N Haslan Avenue_
_Evansville, IN 47711_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5